**FILED
CLERK**

3/11/2019 2:30 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CIRCUS FRUITS WHOLESALE CORP., | § § | C.A. No. 2:19-cv-01373 |
| Plaintiff | § § | |
| v. | § § § | **ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER** |
| GOLDEN MANGO SUFFOLK CORP., a New York Domestic Business Corporation; and JIN SHIN BUM, an Individual, | § § § § § | |
| Defendants. | § | |

Upon the Affidavit of Silvio Lo Verde, the President of Plaintiff Circus Fruits Wholesale Corp., and the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and upon the copy of the complaint hereto and pleadings in support, annexed, it is

ORDERED, that the above-named Defendants show cause before Judge Joan M. Azrack of this Court, in Room 920 of the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722 on March 25, 2019 at 1:00 o'clock p.m., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants, their agents, officers, subsidiaries, assigns, and banking institutions, during the pendency of this action from alienating, dissipating, paying over or assigning any assets of Golden Mango Suffolk Corp., or its subsidiaries or related companies, except for payment to Plaintiff, until further order of this Court or until Defendants pay Plaintiff the aggregate amount of $43,745.00 by cashiers' check or certified check; and it is further

**ORDERED,** that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants, their agents, officers, subsidiaries, assigns, and banking institutions are temporarily

restrained and enjoined, through March 25, 2019, from alienating, dissipating, paying over or assigning any assets of Golden Mango Suffolk Corp., or its subsidiaries or related companies, except for payment to Plaintiff, until further order of this Court or until Defendants pay Plaintiff the aggregate amount of $43,745.00 by cashiers check or certified check; and it is further

**ORDERED** that bond shall be waived in view of the fact that defendants now hold $43,745.00 worth of Plaintiff's assets; and is further

**ORDERED** that Plaintiffs serve a copy of this order, together with the papers upon which it is based and the summons and complaint, by in-person service via process server, and by Federal Express or other nationally-recognized overnight delivery service upon the defendants or their counsel on or before March 12, 2019; and it is further

**ORDERED** that the parties appear before the Court in Room 920 of the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722 on March 14, 2019 at 1:00 o'clock p.m. for a status conference;

**ORDERED** that answering papers, if any, shall be filed by Defendants by March 21, 2019 at 1:00 p.m.

DATED: Central Islip, New York
ISSUED: March 11, 2019, 2:30 p.m.

                                              /s/ (JMA)
                                     UNITED STATES DISTRICT JUDGE